**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**BENNIE WATSON, JASON STILLER, SR.,
JASON STILLER, JR. and
ALVIN "BEAU" BELLAMY,
Each Individually and on Behalf of
Others Similarly Situated**                                                              **PLAINTIFFS**

**v.**                              **Case No. 4:11-cv-00843 KGB**

**SURF-FRAC WELLHEAD EQUIPMENT
COMPANY, INC.**                                                                                 **DEFENDANT**

## ORDER

The Court will conduct a pretrial hearing to address matters including, but not limited to, outstanding motions in limine (Dkt. Nos. 81, 84) and objections (Dkt. Nos. 83, 86) by telephone on Thursday, October 17th, 2013, beginning at 10:30 a.m. The call-in information is as follows:

Toll-free: 1-888-273-3658

Access Code: 3848262

SO ORDERED this 15th day of October, 2013.

_____
Kristine G. Baker
United States District Judge