IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BENNIE WATSON, JASON STILLER, SR.,
JASON STILLER, JR. and
ALVIN "BEAU" BELLAMY,**
Each Individually and on Behalf of
Others Similarly Situated                                                                    **PLAINTIFFS**

v.                                     Case No. 4:11-cv-00843 KGB

**SURF-FRAC WELLHEAD EQUIPMENT
COMPANY, INC.**                                                                             **DEFENDANT**

## ORDER

Lydia Hamlet, Jim Birch, Caleb Wood, and Grant Ballard, counsel in this matter, as well as Bennie Watson, Jason Stiller, Sr., Jason Stiller, Jr., Alvin "Beau" Bellamy, Stephanie Aranda, Tony McClinton, and Anthony Newton, are hereby authorized to bring a cell phone, laptop computer, or personal digital assistant into the Richard Sheppard Arnold United States Courthouse in Little Rock, Arkansas, on Monday, October 21, 2013, through the duration of the trial subject to the following rules:

(a) The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

(b) Cell phones must be turned off and put away when in the courtroom.

(c) Wireless internet components of electronic devices must be deactivated when in district courtrooms.

(d) Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes, but is not limited to placing the device through electronic screening

machines and requiring the person possessing the device to turn the power to the device off and on.

(e) The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic device, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

SO ORDERED this 18th day of October, 2013.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge